UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL PETER ROWLES, et al.,<br><br>　　　　Defendants. | Case No. 4:19-cv-06601-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 45 DAYS**<br><br>Re: Dkt. No. 120 |

On August 16, 2023, the parties filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 45 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: August 17, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge